```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION

RONNIE STEVENSON,              )
                               )
      Plaintiff,               )
                               )
           v.                  )    NO.  3:10-0683
                               )
PTS OF AMERICA, LLC,           )    Judge Haynes/Bryant
                               )
      Defendant.               )
```

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 5).

An initial case management conference is set for **Monday, September 20, 2010,** at **9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 20, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge